# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

129355

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

　　　　　　　　　　　　　　　　　　　SC: 129355
　　　　　　　　　　　　　　　　　　　COA: 261675
　　　　　　　　　　　　　　　　　　　Oakland CC: 2004-194297-FC;
　　　　　　　　　　　　　　　　　　　2004-194298-FH; and
　　　　　　　　　　　　　　　　　　　2004-194299-FC

GUY R. LENDRUM,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the July 7, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

p1121